**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEVEN THOMAS FLORES, ) NO. EDCV 09-1264-PA (SS)
)
               Petitioner, )
)
       v. )      **JUDGMENT**
)
RAUL LOPEZ, Acting Warden, )
)
               Respondent. )
_____ )


    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,


    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 12, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE